**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN THE MATTER OF THE SUBPOENA DUCES TECUM IN A CIVIL ACTION<br><br>Issued By:<br><br>JESSICA NORTON<br><br>To:<br><br>BRENDA FAM<br><br>In the Following Case: | 3:26-mc-00008<br>Hon. Eli J. Richardson<br>Magistrate Judge: Hon. Luke A. Evans |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JESSICA NORTON,<br><br>Plaintiff,<br><br>v.<br><br>BROWARD COUNTY SCHOOL BOARD, *et al.*,<br><br>Defendants. | Civil Action No. 24-61874<br>Hon. Roy K. Altman<br>Magistrate Judge: Hon. Patrick M. Hunt |

## FOURTH STATUS UPDATE REGARDING BRENDA FAM'S RESPONSE TO SUBPOENA (AS MODIFIED)

Respondent Jessica Norton, through her undersigned counsel, submits this status update pursuant to Judge Richardson's Order of August 20, 2026 (ECF No. 27). In a Third Status Update to the Court, filed July 14, 2026, Ms. Norton advised the Court that Ms. Fam had not yet fully complied with the subpoena. In the intervening period, Ms. Fam's counsel updated Ms. Fam's document production and represented that Ms. Fam maintains only two social media accounts, on

Facebook and X, and that responsive documents were found only on Ms. Fam's Facebook account. On August 21, 2026, Ms. Norton's counsel served Ms. Fam with a deposition subpoena.

Based on that representation and our review of the update production, Ms. Norton concludes that Ms. Fam's production is complete. Ms. Fam has complied fully with the subpoena as modified, such that this matter should be closed at this time.

Counsel for Ms. Fam concurs with this status update and has no objection.

DATED: August 27, 2026

Respectfully submitted,

By: /s/ *Ada V. Añon*

Ada V. Añon (admitted pro hac vice)
Ada.Anon@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Kaitlin Robinson (admitted pro hac vice)
Kaitlin.Robinson@arnoldporter.com
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: (415) 471-3307

Trica R. Herzfeld (BPR #26014)
Herzfeld, Suetholz, Gastel, Leniski, and Wall PLLC
1920 Adelicia St., St. 300
Nashville, TN 37212
Telephone: (615) 800-6225
Email: tricia@hsglawgroup.com

*Counsel for Plaintiff Jessica Norton*